# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DONALD HARRIS *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | Civil Action No.:   05-0956 (RMU) |
| v. : | |
| : | Document No.:   1 |
| UNITED STATES OF AMERICA, : | |
| : | |
| Defendant. : | |

## MEMORANDUM OPINION

### DISMISSING WITHOUT PREJUDICE THE PLAINTIFFS' COMPLAINT

On May 12, 2005, the *pro se* plaintiffs in this action, Donald and Marva Harris, filed a complaint against the United States of America alleging that they were wrongfully deprived of $173.85 and $178.50 respectively.  After the defendant filed an answer to the complaint on November 10, 2005, no further action took place until April 30, 2008, when the court directed the plaintiffs to show cause by May 30, 2008 why the case should not be dismissed for failure to prosecute.  Min. Order (Apr. 30, 2008).  The deadline has now passed with no response from the plaintiffs.  Accordingly, pursuant to Federal Rule of Civil Procedure 41(b) and Local Civil Rule 83.23, the court dismisses without prejudice the plaintiffs' complaint.  An order consistent with this Memorandum Opinion is separately and contemporaneously issued this 30th day of September, 2008.

RICARDO M. URBINA
United States District Judge